Opinion filed June 14, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed June 14, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00345-CV 

                                                    __________

 

         CENTRAL UTILITIES PRODUCTION CORPORATION, Appellant

 

                                                             V.

 

                                    GORDON
GENE GRAY, Appellee

 



 

                                        On
Appeal from the 132nd District Court

                                                          Scurry
 County, Texas

                                                   Trial
Court Cause No. 22,194

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss the appeal. In the
motion, the parties state that all things in controversy have been fully and
finally compromised and settled. The motion is granted, and the appeal is
dismissed.

 

 

June 14, 2007                                                                          PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.